1  **WO**

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                    FOR THE DISTRICT OF ARIZONA

8

9   Ross Green,                          )    No. CV-08-01726-PHX-LOA
                                         )
10              Plaintiff,               )    **ORDER**
                                         )
11  vs.                                  )
                                         )
12                                       )
    Michael Astrue, Acting Commissioner,)
13  Social Security Administration,      )
                                         )
14              Defendant.               )
                                         )
15  _____ )

16

17          I, Lawrence O. Anderson, Magistrate Judge of the United States District for

    the District of Arizona, hereby:
18

19          **GRANT** the application for leave to proceed in forma pauperis, without

20  prepayment of costs or fees or the necessity of giving security therefore.  Service by waiver

    or of the summons and complaint shall be at government expense on the defendants by the
21
    U. S. Marshal or his authorized representative.
22
            The Clerk shall forthwith notify the Plaintiff of the entry of this Order.
23
            DATED this 22nd day of September, 2008.
24

25

26                                      Lawrence O. Anderson
                                        United States Magistrate Judge
27

28