**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ross Green,<br><br>      Plaintiff,<br><br>vs.<br><br>Michael Astrue, Acting Commissioner of Social Security Administration,<br><br>      Defendant. | No. CV-08-01726-PHX-LOA<br><br>**SCHEDULING ORDER** |

Pursuant to Federal Rules of Civil Procedure, Rule 16 (b), the Court enters this Scheduling Order. This action was commenced on September 19, 2008.

The Clerk of the Court assigned this case to the expedited track, pursuant to the Local Rules of Practice for this Court, LRCiv 16.2 (b) (1) (A) (i). Under LRCiv 16.2 (b) (1) (B), the Court sets the deadlines for the case management of this action, without holding a scheduling conference. Accordingly,

1. Plaintiff shall file any desired motions, including motion for summary judgment, within sixty (60) days from the filing of the answer and record herein.

2. Defendant shall file its response and plaintiff shall file the applicable reply pursuant to LRCiv 7.2. No cross-motion is permitted as the defendant will be entitled to judgment if plaintiff fails to show error in the decision of the defendant.

1   3. Unless otherwise ordered by the court, the matter shall be deemed submitted when
2  all motions, responses, and replies have been timely filed.
3   4. Absent any pending dispositive motions, this case may be dismissed as prescribed
4  in LRCiv 41.1.
5   Plaintiff shall serve Defendant with a copy of this Order within 15 days of any
6  appearance.
7   DATED this 22nd day of September, 2008.

Lawrence O. Anderson
United States Magistrate Judge

- 2 -